## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 DEC 17  AM 9: 57

CLERK_____
SO. DIST. OF GA.

Case Number: CV315-099

Plaintiff:
**Hubbard, David J**

vs.

Defendant:
**Navy Federal**

For:
David Hubbard
1228 Highway 19 South
Dublin, GA 31021

Received by Cavalier Courier & Process Service to be served on **Navy Federal Credit Union, 820 Follin Lane SE, Vienna, VA**.

I, Josiah Wright, do hereby affirm that on the **8th day of December, 2015** at **4:31 pm**, I:

Served Notice of a Lawsuit and Request to Waive Service of Summons; Stamped, Self-Addressed Envelope to Plaintiff; Waiver of the Service of Summons; Statement of Claim; Chronological Order of Events and Navy Federal Policies and Procedures; Proof Packet; Checking Account Statements; Credit Card Transactions Statements to Charles Ragan as Party Authorized by Letter from VP of Navy Federal Credit Union. Service occurred at 820 Follin Lane SE, Vienna, VA.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

Josiah Wright
Process Server

**Cavalier Courier & Process Service**
20 West Market Street
Leesburg, VA 20176
(703) 431-7085

Our Job Serial Number: CAV-2015004273

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z



David Hubbard
1228 Hwy 19 S.
Dublin, GA. 31021

U.S. POSTAGE
PAID
DUBLIN, GA
31021
DEC 15, 15
AMOUNT
$6.74
R2305H129724-10

Clerk, U.S. District Court
P.O. Box 1130
Augusta, GA. 30903

CERTIFIED MAIL

7015 0640 0001 9387 1619