IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
Dublin Division

| | |
|---|---|
| DAVID JONATHAN HUBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-99 (DHB/BKE) |
| ) | |
| NAVY FEDERAL CREDIT UNION ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S MOTION TO DISMISS

Defendant Navy Federal Credit Union ("Navy Federal") hereby moves the Court to dismiss the Complaint in the above-captioned matter in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(6) for the following reasons, which are described more fully in the accompanying memorandum:

1. Plaintiff's Complaint fails to identify a legal claim against Navy Federal and otherwise fails to comply with Rules 8 and 10;

2. To the extent Plaintiff intended to state a claim under the Electronic Funds Transfer Act, he is barred from doing so; and

3. To the extent Plaintiff intended to state a claim under the Fair Credit Billing Act, he is barred from doing so.

WHEREFORE, Defendant Navy Federal respectfully requests that the Complaint be dismissed with prejudice in its entirety.

Dated: January 29, 2016                     Respectfully submitted,


                                            _____/s/_____
                                            James F. Nelson, Jr., Bar No. 538100

        Nelson & Dixon, LLC
        125 North Franklin Street
        Dublin, Georgia 31021
        (478) 272-3545
        (478) 272-8853 (fax)
        jnelson2992@gmail.com

        Counsel for Defendant

OF COUNSEL
Edward Lee Isler, *pro hac forthcoming*
Micah E. Ticatch, *pro hac forthcoming*
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
eisler@islerdare.com
mticatch@islerdare.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2016, a true and accurate copy of the foregoing was served by first-class mail to the following address:

>David Jonathan Hubbard
>1228 Hwy. 19
>S. Dublin, GA 31021

>_____/s/_____
>Edward Lee Isler
>Micah E. Ticatch
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>eisler@islerdare.com
>mticatch@islerdare.com