# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
## Dublin Division

| | |
|---|---|
| DAVID JONATHAN HUBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-99 (DHB/BKE) |
| ) | |
| NAVY FEDERAL CREDIT UNION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## REQUEST FOR HEARING ON DEFENDANT'S MOTION TO DISMISS

Pursuant Local Rule 7.2, Defendant Navy Federal Credit Union ("Navy Federal") hereby requests that the Court schedule a hearing to consider Navy Federal's concurrently filed Motion to Dismiss. Navy Federal estimates the parties will need no more than 30 minutes to present argument on this matter.

Dated: January 29, 2016

Respectfully submitted,

/s/
James F. Nelson, Jr., Bar No. 538100
Nelson & Dixon, LLC
125 North Franklin Street
Dublin, Georgia 31021
(478) 272-3545
(478) 272-8853 (fax)
jnelson2992@gmail.com

Counsel for Defendant

OF COUNSEL
Edward Lee Isler, *pro hac forthcoming*
Micah E. Ticatch, *pro hac forthcoming*
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690

(703) 748-2695 (fax)
eisler@islerdare.com
mticatch@islerdare.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2016, a true and accurate copy of the foregoing was served by first-class mail to the following address:

>David Jonathan Hubbard
>1228 Hwy. 19
>S. Dublin, GA 31021

>_____/s/_____
>Edward Lee Isler
>Micah E. Ticatch
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>eisler@islerdare.com
>mticatch@islerdare.com