IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
Dublin Division

DAVID JONATHAN HUBBARD, )
)
    Plaintiff, )
)
v. ) Case No. 3:15-cv-99 (DHB/BKE)
)
NAVY FEDERAL CREDIT UNION )
)
    Defendant. )
)

## DISCLOSURE STATEMENT FOR DEFENDANT NAVY FEDERAL CREDIT UNION
S.D. Ga. LR 7.1.1

The undersigned, counsel of record for Defendant Navy Federal Credit Union ("Navy Federal") certifies that Navy Federal is a not-for-profit federally chartered Credit Union serving the financial needs of its members, who are primarily Department of Defense personnel and their family members.

The undersigned certifies that the following is a full and complete list of the parties in this action:

| Name Identification | Relationship |
|---|---|
| David Jonathan Hubbard | Plaintiff |
| Navy Federal Credit Union | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of Navy Federal:

| Name Identification | Relationship |
|---|---|
| VADM John A. Lockard, USN (Ret.) | Chairman of Board of Directors |
| RADM Bruce B. Engelhardt, USN (Ret.) | First Vice Chairman of Board of Directors |

1

| | |
|---|---|
| Mr. Edward R. Cochrane, Jr. | Second Vice Chairman of Board of Directors |
| Mr. Cutler Dawson | Treasurer |
| COL Kenneth R. Burns, USMC (Ret.) | Secretary |
| CAPT Kirk A. Foster, USN | Director |
| CAPT Neil W. T. Hogg, USN (Ret.) | Director |
| COL William P. Mizerak, USMC (Ret.) | Director |
| CAPT Henry J. Sanford, USN (Ret.) | Director |
| BGEN Michael C. Wholley, USMC (Ret.) | Chairman of Supervisory Committee |
| CAPT Kirk A. Foster, USN | Supervisory Committee Member |
| RADM Anthony M. Kurta, USN (Ret.) | Supervisory Committee Member |
| CAPT Patrick J. McClanahan, SC, USN (Ret.) | Supervisory Committee Member |
| Mr. Pasquale M. Tamburrino Jr. | Supervisory Committee Member |

The undersigned further certifies that no other person, firm, partnership, corporation, or organization has a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock).

Dated: January 29, 2016

Respectfully submitted,

/s/
James F. Nelson, Jr., Bar No. 538100
Nelson & Dixon, LLC
125 North Franklin Street
Dublin, Georgia 31021
(478) 272-3545
(478) 272-8853 (fax)
jnelson2992@gmail.com

Counsel for Defendant

OF COUNSEL
Edward Lee Isler, *pro hac forthcoming*
Micah E. Ticatch, *pro hac forthcoming*
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
eisler@islerdare.com
mticatch@islerdare.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2016, a true and accurate copy of the foregoing was served by first-class mail to the following address:

>David Jonathan Hubbard
>1228 Hwy. 19
>S. Dublin, GA 31021

>/s/
>Edward Lee Isler
>Micah E. Ticatch
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>eisler@islerdare.com
>mticatch@islerdare.com