ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 FEB 29 PM 4: 24
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID JONATHAN HUBBARD, | * | |
| Plaintiff, | * | |
| v. | * | CV 315-099 |
| NAVY FEDERAL CREDIT UNION, | * | |
| Defendant. | * | |

# O R D E R

On February 23, 2016, Plaintiff David Jonathan Hubbard filed an untimely pro se motion for extension of time to respond to Defendant's motion to dismiss, which was filed on January 29, 2016. Plaintiff claims that he did not receive the motion until February 8, 2016, and that he would like to have additional time to secure counsel. Upon consideration, Plaintiff's motion to extend time is **GRANTED**. Plaintiff is encouraged to retain counsel in the case. Whether he does so or not, Plaintiff's response to Defendant's motion to dismiss must be filed by March 25, 2016.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE