**ORIGINAL**

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAR 15 PM 2:26

CLERK _____
SO. DIST. OF GA.

David Jonathan Hubbard

Plaintiff

Case No. 3:15-cv-99 (DHB/BKE)

v. Navy Federal Credit Union

Defendant

Appearing on behalf of

Defendant Navy Federal Credit Union

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This 15 day of March, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Micah E. Ticatch |
| Business Address: | Isler Dare, P.C. |
| | Firm/Business Name |
| | 1945 Old Gallow Rd., Suite 650 |
| | Street Address |
| | Vienna    Va    22182 |
| | Street Address (con't)  City  State  Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 703-748-2690                N/A |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | mticatch@islerdare.com |