ORIGINAL

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAR 15 PM 2:26
CLERK _C Adams_
SO. DIST. OF GA.

David Jonathan Hubbard

_____
Plaintiff

v.  Navy Federal Credit Union

_____
Defendant

Case No. 3:15-cv-99 (DHB/BKE)

Appearing on behalf of

Defendant Navy Federal Credit Union
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __15th__ day of __March, 2016__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\* \* \* \* \*

| | |
|---|---|
| NAME OF PETITIONER: | Edward Lee Isler |
| Business Address: | Isler Dare, P.C. |
| | Firm/Business Name |
| | 1945 Old Gallow Rd., Suite 650 |
| | Street Address |
| | Vienna   Va   22182 |
| | Street Address (con't)   City   State   Zip |
| | |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 703-748-2690                N/A |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | eisler@islerdare.com |