ORIGINAL

# United States District Court
### *Southern District of Georgia*

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 APR 26 PM 2: 28

CLERK *Stalkowsky*
SO. DIST. OF GA.

David Jonathan Hubbard

_____

Plaintiff

**v.**

Navy Federal Credit Union

_____

Defendant

Case No.   3:15-cv-00099-DHB-BKE

Appearing on behalf of

_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This **26D** day of *April*, *2016*.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Criag C. Marchiando |
| Business Address: | Consumer Litigation Associates, P.C. |
| | Firm/Business Name |
| | 763 J. Clyde Morris Blvd., Suite 1-A |
| | Street Address |

| | Newport News | VA | 23601 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

757-930-3660
| Telephone Number (w/ area code) | Georgia Bar Number |
|---|---|

| | |
|---|---|
| Email Address: | craig@clalegal.com |