ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 APR 26 PM 2:28
CLERK _/s/ Starkowsky_
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

David Jonathan Hubbard
_____
Plaintiff

v.

Navy Federal Credit Union
_____
Defendant

Case No. 3:15-cv-00099-DHB-BKE

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 26 day of April, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Leonard A. Bennett

Business Address: Consumer Litigation Associates, P.C.
Firm/Business Name

763 J. Clyde Morris Blvd., Suite 1-A
Street Address

Newport News   VA   23601
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

757-930-3660
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: lenbennett@clalegal.com