IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

DAVID JONATHAN HUBBARD,         *
                                *
     Plaintiff,                 *
                                *
     v.                         *       CV 315-099
                                *
NAVY FEDERAL CREDIT UNION,      *
                                *
     Defendant.                 *

## ORDER

On April 20, 2016, the parties in the above-captioned matter filed a joint motion to stay proceedings pending settlement discussions. (Doc. no. 24.) Within the motion, the parties represent that they have begun settlement negotiations and now desire a short stay to continue those discussions. Upon due consideration, the Court **GRANTS** the parties' motion and **STAYS** this case **until May 23, 2016,** on which date Plaintiff shall file a notice of settlement or his response to Defendant's motion to dismiss.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of April, 2016.

UNITED STATES DISTRICT JUDGE