IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

DAVID JONATHAN HUBBARD,        *
                               *
    Plaintiff,                 *
                               *
    v.                         *       CV 315-099
                               *
NAVY FEDERAL CREDIT UNION,     *
                               *
    Defendant.                 *

O R D E R

On May 23, 2016, Plaintiff filed a notice of voluntary dismissal without prejudice. (Doc. no. 30.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of May, 2016.

UNITED STATES DISTRICT JUDGE